**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6259**

NATHANIEL UPSHUR,

Plaintiff - Appellant,

v.

WILLIS J. FOWLER; ANGELA BRYANT; ERIC MONTGOMERY,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:20-ct-03124-BO)

Submitted:  August 29, 2023                      Decided:  September 1, 2023

Before KING, AGEE, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nathaniel Upshur, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Upshur appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint.  We have reviewed the record and find no reversible error.  Upshur's claims challenging the denial of his parole are foreclosed by our decision in *Bowling v. Director, Virginia Department of Corrections*, 920 F.3d 192, 197, 200 (4th Cir. 2019) (declining to extend Eighth Amendment protections regarding sentencing of juveniles to life without parole to postsentencing proceedings and finding that the only process required under the Fourteenth Amendment for parole proceedings was an opportunity to be heard and a statement of reasons for parole denial).

Accordingly, we affirm the district court's order.  *Upshur v. Fowler*, No. 5:20-ct-03124-BO (E.D.N.C. Mar. 2, 2023)  We deny Upshur's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2